# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Pitt Penn Holding Company, Inc.
    Debtor

Bankruptcy Case No.: 09-11475-BLS

Bankruptcy Chapter: 11

---

Industrial Enterprises of America, Inc. Advanced Biochem Inc.

    Plaintiff

vs.

Timothy J. Lawler

    Defendant(s)

Adv. Proc. No.: 11-51872-BLS

### JUDGMENT BY DEFAULT

On 10/31/14, default was entered against defendant(s). The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Timothy J. Lawler in the amount of $149,723.00.

    In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 12/17/14

                                                    Clerk of Court

(VAN-433a)

CERTIFIED:
AS A TRUE COPY:
    ATTEST:
      DAVID D. BIRD, CLERK
      U.S. BANKRUPTCY COURT

BY: _Violetta Blanco_
      Deputy Clerk  2-2-2015

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Margit | Date Created: 12/17/2014 |
| Case: 11−51872−BLS | Form ID: van433a | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Christopher Dean Loizides     loizides@loizides.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Industrial Enterprises of America, Inc.     651 Holiday Drive     Suite 300     Pittsburgh, PA 15220
aty     Timothy C. Walsh     Epstein & Cresci PC     7 Dey Street, 11th Floor     New York, NY 10007
ust     United States Trustee     844 King Street, Room 2207     Lockbox #35     Wilmington, DE 19899−0035

TOTAL: 3