B 265
(8/96)

# United States Bankruptcy Court
## District Of Delaware

In re Pitt Penn Holding Company, Inc.,  )
                Debtor                         )   Case No. 09-11475-BLS
                                        )
                                        )   Chapter 11

Industrial Enterprises of America, Inc. Advanced Biochem Inc.,  )
              Plaintiff                    )
                                        )
                    v.                       )
Timothy Lawler,  )   Adv. Proc. No. 11-51872-BLS
              Defendant                 )

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

      I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on December 17, 2014 as it appears in the records of this court, and that:
                                                                                                                      (date)

[✓] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                  (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
   (name of court)                                          (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
  (date)

                                                           DAVID D. BIRD
                                                      Clerk of the Bankruptcy Court

2-2-2015                      By: Violetta Blanco
Date                                                   Deputy Clerk