# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PITT PENN HOLDING CO., *et al.*,[2] | Case No. 09-11475 (BLS) |
| Debtors. | Jointly Administered |
| Industrial Enterprises of America, Inc., on behalf of Itself, its estate and as assignee of its shareholders, | |
| Plaintiff, | Adversary Proceeding No. 11-51872 (BLS) |
| v. | |
| Bruce Badeau, Doris Blau, Hunter M.A. Carr, Bernard J. Clinton, Roger W. Creery, Kenneth Crimmins, Merilee Parker Crimmins, Michael Patrick Crimmins, Johnny Deshotels, Lee Elwan, Mark Glatz, Marla Goodman, Graham Jones, Timothy J. Lawler, John Linstrom III, Richard Loggie, Richard Martini, Merchant Bancorp of America, Nexcore, Northpoint Partners LLC, James O'Callaghan, Charles Pedrani, John C. Pelegrino, William Peterson, Quest Capital Markets, Inc., Myrna Robbins, Ruden McCloskey Smith Schuster And Russell, Donald Sapaugh, Michael Joseph Seidelhuber, Neville West, Defendants. | |

## ORDER APPROVING STIPULATION BY AND BETWEEN CHAPTER 11 TRUSTEE AND DEFENDANT TIMOTHY J. LAWLER

Upon the certification of counsel, and the Court having considered the certification and

Stipulation by and between the Chapter 11 Trustee and Defendant Timothy J. Lawyer (the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

51933/0002-12175652v1

"Stipulation") and all related pleadings and documents; and the Court finding good cause for granting the relief requested,

IT IS ORDERED:

A. The Stipulation is hereby approved.

B. The entry of default entered October 31, 2014 against defendant Timothy J. Lawler is hereby vacated.

C. The default judgment entered February 2, 2015 against defendant Timothy J. Lawler, in the amount of $149,723.00, is hereby vacated.

D. The complaint filed in this adversary proceeding against Timothy J. Lawler only, is dismissed with prejudice.

E. The Trustee is authorized to take all such actions as are necessary or appropriate to implement this order.

Dated: August 27, 2015

_____
Brendan L. Shannon
Chief United States Bankruptcy Judge

51933/0002-12175652v1