# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INDUSTRIAL ENTERPRISES OF AMERICA, INC., | Case No. 1:15-mc-00006-SAB |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| TIMOTHY J. LAWLER, et al., | |
| Defendants. | |

On August 31, 2015, Plaintiff Industrial Enterprises of America, Inc. ("Plaintiff") filed a stipulation to vacate the default judgment registered with this Court. (ECF No. 9.) These judgment enforcement proceedings were initiated by Plaintiff on February 4, 2015 when it registered the February 2, 2015 default judgment against Defendant Timothy J. Lawler entered in the United States Bankruptcy Court for the District of Delaware. Plaintiff requests that this Court "vacate" the default judgment pursuant to the August 27, 2015 order issued by the United States Bankruptcy Court for the District of Delaware vacating its February 2, 2015 default judgment.

This Court cannot vacate a judgment issued by the District of Delaware, particularly since it appears that the judgment has already been vacated by the District of Delaware. It appears that Plaintiff instead requests that the judgment enforcement proceedings in this Court be

1

1 dismissed. Accordingly, the Court will dismiss and close this action pursuant to the stipulation
2 filed by Plaintiff.
3      Based upon the foregoing, it is HEREBY ORDERED that this action is DISMISSED,
4 with each party to bear their own fees and costs. The Clerk of the Court is directed to CLOSE
5 this action.

7 IT IS SO ORDERED.

8 Dated:   **August 31, 2015**

                                              UNITED STATES MAGISTRATE JUDGE